# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCNAMEE, STEPHEN M | U.S. DISTRICT COURT OF AZ | 08/05/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE-ACTIVE | ☐ Nomination, ▶Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 <br> to <br> 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| SANDRA DAY O'CONNOR US COURTHS <br> 401 W WASHINGTON ST, SPC 60 <br> PHOENIX, AZ 85003-2158 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CUSTODIAN, UTMA | AS CUSTODIAN, I HOLD A SMALL AMOUNT OF CASH UNDER THE UNIFORM GIFT TO MINORS ACT WHICH WAS CLOSED IN MAY 2005 AND REOPENED IN MARCH 2006 |
| 2. PRESIDENT | DISTRICT JUDGES ASSOCIATION, 9TH CIRCUIT COURT |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE FINANCIAL 2008 AUG -7 A 10: 43 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | STATE OF ARIZONA, 2006 INCOME TAX REFUND | $ 2,993 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | ST LUKES HEALTH INITIATIV - SALARY |
| 2. 2007 | HEALTH CARE EXCEL - BOARD MEMBER |
| 3. 2007 | HCE QUALITYQUEST - BOARD MEMBER |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 08/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 08/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA,US BANK, PHOENIX, AZ-CD | A | Interest | J | T | | | | | |
| 2. IRA,US BANK, PHOENIX, AZ-CD | A | Interest | J | T | | | | | |
| 3. MERRILL LYNCH-IRA #1: | | | | | | | | | |
| 4. - ML BANK USA | A | Dividend | J | T | | | | | |
| 5. - MFS VALUE FD CL A | C | Dividend | K | T | | | | | |
| 6. MERRILL LYNCH-IRA #2: | | | | | | | | | |
| 7. - ML BANK USA | A | Dividend | J | T | | | | | |
| 8. - PIMCO COMMODITY REAL RETURN STRAT FD CL A | A | Dividend | J | T | | | | | |
| 9. - MLJWH STRATEGY ALLOCATION FD LP | | None | J | T | | | | | |
| 10. MERRILL LYNCH-IRRA #1: | | | | | Sell | 4/16 | J | A | |
| 11. - ML BANK USA | A | Dividend | K | T | | | | | |
| 12. - AMERICAN EURO PACIFIC | C | Dividend | L | T | | | | | |
| 13. - CALAMOS GROWTH FUND | A | Dividend | | | Sell | 3/7 | J | C | |
| 14. - DAVIS NEW YORK VENTURE FD CL Y | B | Dividend | M | T | | | | | |
| 15. - FRANKLIN BIOTECH DISCOVERY FD CL A | | None | J | T | | | | | |
| 16. - LORD ABBETT MID CAP | C | Dividend | K | T | | | | | |
| 17. - MFS VALUE FD CL A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCNAMEE, STEPHEN M | 08/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - HARRIS ASSOC LG CAP VALUE FND CL A | A | Dividend | | | Sell | 9/24 | K | D | |
| 19. -DB COMMODITY INDEX TRACKING FD | C | Int./Div. | J | T | | | | | |
| 20. ISHARES S&P 500 GROWTH INDX FND | A | Dividend | K | T | Buy | 9/24 | K | | |
| 21. VANGUARD FTSE ALL WORLD EX US | A | Dividend | K | T | Buy | 9/24 | K | | |
| 22. CMA BANKING ADVANTAGE ACCOUNT (FORMERLY CKG ACCT) | A | Interest | J | T | | | | | |
| 23. ML-CMA, ML-BANKING ADVANTAGE ACCOUNT (UTMA) | A | Interest | J | | | | | | |
| 24. IBM COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. INTERNATIONAL RECTIFIER COMMON STOCK | | None | J | T | | | | | |
| 26. US SAVINGS BONDS | A | Interest | | | Sell | 04/10 | J | | |
| 27. WELLS FARGO BANK, CKG ACCOUNT, PHX, AZ | | None | J | T | | | | | |
| 28. FAIRFIELD ESTATES | | None | J | W | | | | | |
| 29. MARRIOT CANYON VILLAS | | None | J | W | | | | | |
| 30. ST LUKES HEALTH 403(B)7: | | | | | | | | | |
| 31. - VANGUARD 500 INDEX FD | B | Dividend | M | T | Participant | 01/01 | K | | |
| 32. ML-RIRA, ML BANK USA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII LINE 31 - VESTED PARTICIPANT 01/01 ST. LUKES 403(B) PLAN W/ REGULAR MONTHLY CONTRIBUTIONS

PART IIIA LINE 1- INDICATES STATE TAX REFUND RECEIVED IN 2007. SAME AMOUNT WAS INADVERTENTLY REPORTED IN PRIOR DISCLOSURE REPORT ON THE ACCRUAL BASIS. 2005 STATE TAX REFUND ACTUALY RECEIVED IN 2006 WAS 2,785.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544